Robert B. Carey (SBN 011186)
John M. DeStefano (SBN 025440)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        johnd@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
**THE SLAVICEK LAW FIRM**
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Fax: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com
        justin@slaviceklaw.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Dale, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Travelers Property Casualty Insurance Company, <br><br> Defendant. | Case No.  CV-22-01659-PHX-SPL <br> CV-22-01847-PHX-SPL <br><br> (Consolidated) <br><br> **NOTICE OF FILING FULLY EXECUTED SETTLEMENT AGREEMENT** <br><br> (Assigned to the Honorable Steven P. Logan) |
| Cameron Bode, a single man, <br><br> Plaintiff, <br><br> v. <br><br> Travelers Property Casualty Insurance Company, a Connecticut Corporation, <br><br> Defendant. | |

1    PLEASE TAKE NOTICE that Plaintiffs respectfully submit the fully executed

2    Settlement Agreement in support of their Motion for Preliminary Approval of Class

3    Action Settlement and Certification of the Settlement Class. In the original filing,

4    Plaintiffs filed an unsigned settlement agreement as Exhibit 1 to the Motion. The fully

5    executed document is being filed concurrently herewith. No other changes have been

6    made to the Motion or Settlement Agreement.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: August 13, 2024

Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert B. Carey*
    Robert B. Carey
    John M. DeStefano
    11 West Jefferson Street, Suite 1000
    Phoenix, Arizona 85003
    Telephone: (602) 840-5900
    Facsimile: (602) 840-3012
    Email:    rob@hbsslaw.com
            johnd@hbsslaw.com

THE SLAVICEK LAW FIRM
    Brett L. Slavicek
    James Fucetola
    Justin Henry
    5500 North 24th Street
    Phoenix, Arizona 85016
    Telephone: (602) 285-4435
    Fax: (602) 287-9184
    Email:    brett@slaviceklaw.com
            james@slaviceklaw.com
            justin@slaviceklaw.com

TOBLER LAW. P.C.
    Maren Tobler Hanson (SBN 021361)
    4824 E Baseline Road, Suite 109
    Mesa, Arizona 85206
    Telephone: (480) 898-9700
    Facsimile: (480) 464-1172
    Email:    litigation@toblerlaw.com

GOLDSTEIN WOODS
    Evan Goldstein (SBN 011866)
    706 E Bell Rd., Ste. 200
    Phoenix, AZ 85022
    Telephone: (602) 569-8200
    Email:    egoldstein@gwfirmaz.com

*Attorneys for Plaintiff*