# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Dale,  Plaintiff,  v.  Travelers Property Casualty Insurance Company,  Defendant. | NO. CV-22-01659-PHX-SPL  **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). Judgment is hereby entered in accordance with the Order and this action is dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 11, 2025

By   s/ D. Draper
     Deputy Clerk